NUMBER 13-06-641-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: FERNANDO GARCIA

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 

 Relator, Fernando Garcia, filed a pro se petition for writ of mandamus in the above
cause on December 4, 2006, in which he alleges that respondent, the Honorable Rodolfo
Delgado, Presiding Judge of the 93rd Judicial District Court of Hidalgo County, Texas,
abused his discretion by failing to enforce an alleged order issued by the Texas Court of
Criminal Appeals, ordering respondent to allow relator to file an "out of time appeal" and
to "proceed in a timely manner".


 The Court, having examined and fully considered the documents on file and petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8. Accordingly, the petition for writ of mandamus is DENIED. 

 

 PER CURIAM



Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 21st day of December, 2006.